Kenneth THORNBURG, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47773.

Missouri Court of Appeals, Western District.

March 15, 1994.

S. Paige Canfield, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

PER CURIAM:

### ORDER

Defendant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).